(No. 1568—

ARTHUR DHERMY, SR., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

HOGAN AND COALE, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL I. DIETZ, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

It appears claimant suffered damages by reason of hard road construction of S. B. I. Route No. 48 in the Village of Stonington.

The Attorney General comes and stipulates and agrees that claimant suffered damages in the sum of $900.00. The court, therefore, recommends that claimant be allowed $900.00.